## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| YVONNE LAWRENCE BOLTON, | : | |
| Plaintiff, | : | |
| vs. | : | CA 20-0444-MU |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be affirmed.

**DONE** this the 12th day of August, 2021.

                                            s/P. Bradley Murray
                                       **UNITED STATES MAGISTRATE JUDGE**